JACKSON, Appellant, v. MARSHALL et al., Respondents. (Supreme Court, Appellate

Division, Fourth Department. March, 1896.) Action by Ferdinand R. Jackson against Francis H. Marshall and others. No opinion. Order of November 25, 1895, modified by striking therefrom the words "sixty dollars," and, as modified, the order and judgment are affirmed, with costs.